UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22962-JB/Torres

CHARLIE LANZA, as Personal
Representative of the Estate of
Rafael Sanchez,

        Plaintiff,
v.

CITY OF MIAMI,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on United States Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendant City of Miami's Motion to Dismiss. ECF No. [38]. In the Report, Judge Torres recommends that the Court grant the Motion to Dismiss and dismiss the Complaint without prejudice. *Id.* No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [38], is **AFFIRMED** and **ADOPTED**.

    2. Defendant City of Miami's Motion to Dismiss, ECF No. [9], is **GRANTED** and Plaintiff's Complaint, ECF No. [1], is **DISMISSED WITHOUT PREJUDICE**. If Plaintiff intends to file an amended complaint to cure the deficiencies identified in the Report, he must do so **no later than March 12, 2025**.

Failure to file an amended complaint by this deadline will result in dismissal of this action without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**